**The Honorable Benjamin H. Settle**

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9

10   UNITED STATES OF AMERICA,

11              Plaintiff,

12       vs.

13   JONELLE LAJOHN BRAUN,

14          Defendant/Judgment Debtor,

15       and

16   BIRCHSTONE MANAGEMENT, LLC,

17              Garnishee.

NO.  3:21-MC-05029 BHS

  (3:11-CR-5241-1)

**Order Terminating**
**Garnishment Proceeding**

18

19       This matter came before the Court on the United States' Application to

20   Terminate Garnishment Proceeding.  For the reasons stated in the United

21   States' Application, the Court concludes that this Garnishment should be

22   terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

23

24       IT IS ORDERED that the garnishment is terminated and that

25   Birchstone Management Llc., is relieved of further responsibility pursuant to

26   this garnishment.

27
28

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Jonelle Lajohn Braun and Birchstone Management LLC.*, USDC#: 3:21-
MC-05029-BHS/3:11-CR-5241-1)1

1

2      DATED this 25th day of January, 2022.

3

4

5

6      _____
       BENJAMIN H. SETTLE
7      United States District Judge

8

9    Presented by:

10

11   s/ Kyle A. Forsyth
     _____
12   KYLE A. FORSYTH, WSBA # 34609
     Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Jonelle Lajohn Braun and Birchstone Management LLC.*, USDC#: 3:21-
MC-05029-BHS/3:11-CR-5241-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970